IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Riles, Rafael | Case Number: 05 B 52469 |
| | Judge: Wedoff, Eugene R |
| Printed: 01/22/09 | Filed: 10/13/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: December 11, 2008
Confirmed: January 12, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 25,253.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 19,625.74 |
| Priority: |  | 1,224.80 |
| Administrative: |  | 2,619.00 |
| Trustee Fee: |  | 1,370.46 |
| Other Funds: |  | 413.00 |
| Totals: | 25,253.00 | 25,253.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,619.00 | 2,619.00 |
| 2. | Internal Revenue Service | Priority | 1,224.80 | 1,224.80 |
| 3. | Lakeside Federal Credit Union | Unsecured | 258.98 | 744.57 |
| 4. | Lighthouse Financial Group | Unsecured | 47.02 | 135.17 |
| 5. | Capital One | Unsecured | 58.81 | 169.10 |
| 6. | Wells Fargo Fin Acceptance | Unsecured | 2,678.35 | 7,700.42 |
| 7. | Premier Bankcard | Unsecured | 27.37 | 78.69 |
| 8. | U.S. Department Of Education | Unsecured | 705.96 | 2,029.72 |
| 9. | Chrysler Financial Services Americas LLC | Unsecured | 1,003.12 | 2,884.02 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 152.00 | 436.92 |
| 11. | Wells Fargo Fin Acceptance | Unsecured | 1,894.62 | 5,447.13 |
| 12. | Boggs Management | Unsecured |  | No Claim Filed |
| 13. | Sun Cash | Unsecured |  | No Claim Filed |
| 14. | American Family Financial Serv | Unsecured |  | No Claim Filed |
| 15. | Cross Country Bank | Unsecured |  | No Claim Filed |
| 16. | Direct Loans | Unsecured |  | No Claim Filed |
| 17. | First Payday Loan | Unsecured |  | No Claim Filed |
| 18. | Instant Cash Advance | Unsecured |  | No Claim Filed |
| 19. | Majestic Star Casino | Unsecured |  | No Claim Filed |
| 20. | Sprint PCS | Unsecured |  | No Claim Filed |
| 21. | Trump Indiana | Unsecured |  | No Claim Filed |
| | | | $ 10,670.03 | $ 23,469.54 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Riles, Rafael

Printed: 01/22/09

Case Number:  05 B 52469
Judge:  Wedoff, Eugene R
Filed:  10/13/05

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 282.15 |
| 5% | 94.86 |
| 4.8% | 199.39 |
| 5.4% | 464.27 |
| 6.5% | 270.73 |
| 6.6% | 59.06 |
| | $ 1,370.46 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

